**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE LOPEZ RAMIREZ, aka NOE GABRIEL GUTIERREZ,<br><br>                Petitioner,<br><br>   vs.<br><br>RONALD V. SKYERS,<br><br>                Respondent. | CASE NO. CV 13-07676 GAF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 4, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE