JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE LOPEZ RAMIREZ, aka NOE GABRIEL GUTIERREZ,<br><br>    Petitioner,<br><br>  vs.<br><br>RONALD V. SKYERS,<br><br>    Respondent. | CASE NO. CV 13-07676 GAF (RZ)<br><br>JUDGMENT |

  This matter came before the Court on the Petition of JOSE GUADALUPE LOPEZ RAMIREZ aka JOSE GABRIEL GUTIERREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for failure to prosecute.

DATED: March 4, 2014

JS - 6

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE